UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JERRY GILL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHSTATE ANESTHESIOLOGY PARTNERS INC., et al.,<br><br>Defendants. | No.  2:24-cv-00341-DAD-SCR<br><br>ORDER REGARDING NOTICES OF ELECTION TO DECLINE INTERVENTION BY THE UNITED STATES AND THE STATE OF CALIFORNIA<br><br>(Doc. Nos. 13, 14) |

Before the court are the notices of election to decline intervention filed by both the United States and the State of California in this action. (Doc. Nos. 13, 14.) The United States and the State of California have declined to intervene in this action. (*Id.*) Pursuant to the notices filed by the United States and the State of California (*id.*), the court orders as follows:

1. The Clerk of the Court shall unseal the relator's complaint (Doc. No. 1), the notice of election to decline intervention filed by the United States (Doc. No. 13), and the notice of election to decline intervention filed by the State of California (Doc. No. 14);

2. This order shall not be sealed;

3. All other paper or orders on file in this matter shall remain under seal;

/////

1

4. The seal shall be lifted on all matters occurring in this action after the date of this order; and

5. The court also confirms that, as plaintiffs-intervenor, the United States and the State of California shall be served with all filings in this action.

IT IS SO ORDERED.

Dated: **June 12, 2025**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2